**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PATRICK RANDLE** **PLAINTIFF**

**v.** **No. 4:24CV92-RP**

**UNKNOWN SCOTT, ET AL.** **DEFENDANTS**

**ORDER *DISMISSING* PLAINITIFF'S MOTIONS [45], [50]**
**FOR ADDITIONAL DISCOVERY AS PREMATURE**

This matter comes before the court on the plaintiff's motions [45], [50] for additional discovery. The court awaits briefing regarding whether the plaintiff exhausted his administrative remedies before filing the instant suit, a potentially dispositive procedural issue in this case. *See* 42 U.S.C. § 1997e(a); *Carbe v. Lappin*, 492 F.3d 325 (5th Cir. 2007) (plaintiff must exhaust available administrative remedies before seeking relief under 42 U.S.C. § 1983). Hence, given the laborious nature of discovery, for the sake of judicial efficiency, the instant motions [45], [50] are **DISMISSED** without prejudice as premature.

**SO ORDERED**, this, the 24th day of August, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE