**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PATRICK RANDLE** **PLAINTIFF**

**v.** **No. 4:24CV92-RP**

**KENNY SCOTT, ET AL.** **DEFENDANTS**

**ORDER *DENYING* PLAINTIFF'S MOTION [40]**
**FOR CLERK'S ENTRY OF DEFAULT**

This matter comes before the court on the motion [40] by the plaintiff for a Clerk's Entry of Default. Under Fed. R. Civ. P. 55(a) once a party has been served with process (or the party has waived personal service:

> [w]hen a party against whom a judgment or affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Fed. R. Civ. P. 55(a). Federal courts look to state law for the proper procedure regarding serving a summons:

> Unless federal law provides otherwise, an individual – other than a minor, incompetent person, or a person whose waiver has been filed – may be served in a judicial district of the United States by … following state law for serving a summons in an action brought in the courts of general jurisdiction in the state where the district court is located or where service is made ….

Fed. R. Civ. P. 4(e)(1). Mississippi Rule of Civil Procedure 4 governs serving process and states, in relevant part:

> Any party defendant who is not an unmarried minor or mentally incompetent may, without filing any pleading therein, waive the service of process or enter his or her appearance, either or both, in any action, with the same effect as if he or she had been duly served with process, in the manner required by law on the day of the date thereof.

Miss. R. Civ. P. 4(e).

In this case, on July 29, 2025, the United States Marshals Service personally served defendant Kenny Scott with a copy of the complaint, accompanying documents, and the form for waiving service of process – but not a summons. Doc. 33. As defendant Scott did not receive a summons and did not return an executed waiver of personal service, he has not been served with process. As the court does not have personal jurisdiction as to defendant Scott, the instant motion [40] for Clerk's Entry of Default is **DENIED**.

**SO ORDERED**, this, the 1st day of September, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE